# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**
**4:24cr22-RH**

DONOVAN ARTHUR SAULEDA

_____/

## THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about August 7, 2019, and on or about March 22, 2022, in the Northern District of Florida and elsewhere, the defendant,

**DONOVAN ARTHUR SAULEDA,**

did knowingly receive, and attempt to receive, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).



FILED USDC FLND TL
OCT 1 '24 PM 12:40

## COUNT TWO

On or about March 22, 2022, in the Northern District of Florida, the defendant,

## DONOVAN ARTHUR SAULEDA,

did knowingly possess, and access with intent to view, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT THREE

Between on or about August 7, 2019, and on or about March 22, 2022, in the Northern District of Florida, the defendant,

## DONOVAN ARTHUR SAULEDA,

did knowingly produce, distribute, and possess with intent to distribute, a visual depiction of any kind, including a drawing and cartoon, that depicts an image that is, or appears to be, of a minor engaging in sexually explicit conduct and is obscene, and was shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that have been shipped

2

and transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(a)(1) and 1466A(d)(4).

## CHILD PORNOGRAPHY FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253. From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant,

## DONOVAN ARTHUR SAULEDA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

A.     The following electronic device: an Apple iPhone 7 Plus;

B.     Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

C.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

D.      Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

E.      The property referenced in subparagraphs A, B, C, and D above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

     i.      cannot be located upon the exercise of due diligence;

     ii.     has been transferred or sold to, or deposited with, a third person;

     iii.    has been placed beyond the jurisdiction of the Court;

4

      iv.    has been substantially diminished in value; or

      v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

## OBSCENITY FORFEITURE

The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 1467.

From his engagement in the violation charged in Count Three of this Indictment, punishable by imprisonment for more than one year, the defendant,

## DONOVAN ARTHUR SAULEDA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, all of his interest in:

(A) Any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 1460 through 1470;

5

(B)   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(C)   Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

All pursuant to Title 18, United States Code, Section 1467.

A TRUE BILL:

_____
FOREPERSON

_10/1/22_____
DATE

_____
JASON R. COODY
United States Attorney

_____
MEREDITH L. STEER
Assistant United States Attorney