**STATE OF FLORIDA**

-VS-

**DONAVAN ARTHUR SAULEDA**
Defendant

Local Jurisdiction Identification Number:

IN THE SECOND JUDICIAL
CIRCUIT COURT, IN AND FOR
WAKULLA COUNTY

CASE NUMBER     **2011CF328**

DC NUMBER   **M53881**

## CORRECTED ORDER OF SEX OFFENDER PROBATION

This cause coming before the Court to be heard, and you, the defendant, being now present before the court, and you having

☐ entered a plea of guilty to

☒ entered a plea of nolo contendere to

☐ been found guilty by jury verdict of

☐ been found guilty by the court trying the case without a jury of

Count <u>01</u>   **POSSESSION CONTROLLED SUBSTANCE W/IT TO SELL OR DELIVER**

Count <u>03</u>   **SOLICITATION OF A MINOR VIA COMPUTER**

Count

Count

Count _____ _____

Count _____ _____

Count _____ _____

Count _____ _____

UNOFFICIAL DOCUMENT

### SECTION 1: JUDGMENT OF GUILT

☒   The court hereby adjudges you to be guilty of the above offense(s).

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld and that you be placed on Probation for a period of <u>60 MONTHS</u> under the supervision of the Department of Corrections, subject to Florida law.

### SECTION 2: ORDER WITHHOLDING ADJUDICATION

☐   Now, therefore, it is ordered and adjudged that the adjudication of guilt is hereby withheld and that you be placed on Probation for a period of _____ under the supervision of the Department of Corrections, subject to Florida law.

### SECTION 3: INCARCERATION DURING PORTION OF SUPERVISION SENTENCE

It is hereby ordered and adjudged that you be:

☒   committed to the Department of Corrections
for a term of <u>60 MONTHS prison</u> with credit for <u>336 DAYS</u> jail time, followed by Probation for a period of <u>60 MONTHS</u> under the supervision of the Department of Corrections, subject to Florida law.
or

☐   confined in the County Jail
for a term of _____ with credit for _____ jail time. After you have served _____ of the term, you shall be placed on Probation for a period of _____ under the supervision of the Department of Corrections, subject to Florida law.

Revised 07-01-13

or

☐  confined in the County Jail
for a term of _____ with credit for _____ jail time, as a special condition of supervision.

**IT IS FURTHER ORDERED** that you shall comply with the following <u>standard conditions of supervision</u> as provided by Florida law:

(1)  You will report to the probation officer as directed.

(2)  You will pay the State of Florida the amount of $<u>40.00</u> per month, as well as 4% surcharge, toward the cost of your supervision in accordance with s. 948.09, F.S., unless otherwise exempted in compliance with Florida Statutes.

(3)  You will remain in a specified place. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.

(4)  You will not possess, carry or own any firearm. You will not possess, carry, or own any weapon without first procuring the consent of your officer.

(5)  You will live without violating any law. A conviction in a court of law is not necessary for such a violation of law to constitute a violation of your probation, community control, or any other form of court ordered supervision.

(6)  You will not associate with any person engaged in any criminal activity.

(7)  You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(8)  You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability, as directed by your officer.

(9)  You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow your officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.

(10) You will pay restitution, court costs, and/or fees in accordance with special conditions imposed or in accordance with the attached orders.

(11) You will submit to random testing as directed by your officer or the professional staff of the treatment center where you are receiving treatment to determine the presence or use of alcohol or controlled substances.

(12) You will submit a DNA sample, as directed by your officer, for DNA analysis as prescribed in ss. 943.325 and 948.014, F.S.

(13) You will submit to the taking of a digitized photograph by the department. This photograph may be displayed on the department's website while you are on supervision, unless exempt from disclosure due to requirements of s. 119.07, F.S.

(14) You will report in person within 72 hours of your release from incarceration to the probation office in <u>WAKULLA</u> County, Florida, unless otherwise instructed by the court or department. (This condition applies only if section 3 on the previous page is checked.) Otherwise, you must report immediately to the probation office located at <u>3278 UNIT A-2 CRAWFORDVILLE HWY CRAWFORDVILLE, FL 32327</u> .

## SPECIAL CONDITIONS

☐  1. You must undergo a Drug and Alcohol evaluation and, if treatment is deemed necessary, you must successfully complete the treatment, and be responsible for the payment of any costs incurred while receiving said evaluation and treatment, unless waived by the court.
Additional instructions ordered: _____

Revised 07-01-13

☐ 2. You will make restitution to the following victim(s), as directed by the court, until the obligation is paid in full:

NAME: _____

TOTAL AMOUNT: $_____

Additional instructions ordered, including specific monthly amount, begin date, due date, or joint & several: <u>Restitution Reserved</u>

NAME: _____

TOTAL AMOUNT: $_____

Additional instructions ordered, including specific monthly amount, begin date, due date, or joint & several: _____

## SPECIAL CONDITIONS – CONTINUED

☐ 3.   You will be required to pay for drug testing unless exempt by the court.

☐ 4.   You will enter the Department of Corrections Non-Secure Drug Treatment Program or other residential treatment program/Probation and Restitution Center for a period of successful completion as approved by your officer.  You are to remain until you successfully complete said Program and Aftercare. You are to comply with all Rules and Regulations of the Program.  You shall be confined in the county jail until placement in said program, and if you are confined in the jail, the Sheriff will transport you to said program.

☐ 5.   You will abstain entirely from the use of alcohol and/or illegal drugs, and you will not associate with anyone who is illegally using drugs or consuming alcohol.

☐ 6.   You will submit to urinalysis testing on a <u>monthly</u> basis to determine the presence of alcohol or illegal drugs.  You will be required to pay for the tests unless exempt by the court.

☐ 7.   You will not visit any establishment where the primary business is the sale and dispensing of alcoholic beverages.

☐ 8.   You will successfully complete ___ hours of community service at a rate of _____, at a work site approved by your officer.

Additional instructions ordered: _____

☐ 9.   You will remain at your residence between 10 p.m. and 6 a.m. due to a curfew imposed, unless otherwise directed by the court.

☐ 10.  You will submit to electronic monitoring, follow the rules of electronic monitoring, and pay $_____ per month for the cost of the electronic monitoring service.

☐ 11.  You will not associate with _____ during the period of supervision.

☐ 12.  You will have no contact (direct or indirect) with the victim or the victim's family during the period of supervision.

☒ 13.  You will have no contact (direct or indirect) with **VICTIMS** during the period of supervision.

☐ 14.  You will maintain full time employment or attend school/vocational school full time or a combination of school/work during the term of your supervision.

☐ 15.  You will make a good faith effort toward completing basic or functional literacy skills or a high school equivalency diploma.

☐ 16.  You will successfully complete the Probation & Restitution Program, abiding by all rules and regulations.

☐ 17.  You will attend a support group with a focus on _____ at least monthly, unless otherwise directed by the court.

☐ 18.  You must successfully complete <u>Anger Management</u>, and be responsible for the payment of any costs incurred while receiving said treatment, unless waived.   If convicted of a Domestic Violence offense, as defined in s. 741.28, F.S., you must attend and successfully complete a batterer's intervention program, unless otherwise directed by the court.

Additional instructions ordered: _____

☐ 19.  You will attend an HIV/AIDS Awareness Program consisting of a class of not less than two (2) hours or more than four (4)  hours in length, the cost for which will be paid by you.

Revised 07-01-13

☐ 20. If you have been found to have committed a crime on or after October 1, 2008 for the purpose of benefitting, promoting, or furthering the interests of a criminal gang, you are prohibited from knowingly associating with other criminal gang members or associates, except as authorized by law enforcement officials, prosecutorial authorities, or the court, for the purpose of aiding in the investigation of criminal activity.

☐ 21. You will successfully complete a Post-adjudicatory treatment-based drug court program, as provided in s. 397.334(3), F.S.

☒ 22. Other: <u>MAY HAVE ACCESS TO COMPUTER BUT ABSOLUTELY NOACCESS TO INTERNET</u>

☒ 23. Other: <u>NO CONTACT WITH VICTIM; NO UNSUPERVISED CONTACT WITH CHILDREN UNDER 18 YOA</u>

☒ 24. Other: <u>DESIGNATED SEX OFFENDER:</u>

☒ 25.Other:<u>STATE AGREES NOT TO CHARGE ANY FURTHER BY ISSUES FOUND ON DEFENDANTS COMPUTER</u>

☐ 26. Other: _____

☐ 27. Other: _____

☐ 28. Other: _____

☐ 29. Other: _____

☐ 30. Other: _____

**AND, IF PLACED ON <u>DRUG OFFENDER PROBATION</u>, YOU WILL COMPLY WITH THE FOLLOWING CONDITION OF SUPERVISION IN ADDITION TO THE STANDARD CONDITIONS LISTED ABOVE AND ANY OTHER SPECIAL CONDITIONS ORDERED BY THE COURT:**

(15) You will participate in a specialized drug treatment program, either as an in-patient or out patient, as recommended by the treatment provider. You will attend all counseling sessions, submit to random urinalysis and, if an in-patient, you will comply with all operating rules, regulations and procedures of the treatment facility. You will pay for all costs associated with treatment and testing unless otherwise directed.
Additional instructions ordered: _____

☐ (16) You will remain at your residence between _____ p.m. and _____ a.m. due to a curfew imposed, unless otherwise directed by the court.

☐ (17) You will successfully complete a Post-adjudicatory treatment-based drug court program, as provided in s. 397.334(3), F.S.

**AND, IF PLACED ON <u>COMMUNITY CONTROL</u>, YOU WILL COMPLY WITH THE FOLLOWING CONDITIONS, IN ADDITION TO THE STANDARD CONDITIONS LISTED ABOVE AND ANY OTHER SPECIAL CONDITIONS ORDERED BY THE COURT:**

(15) You will report to your officer as directed, at least one time a week, unless you have written consent otherwise.

(16) You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your officer.

(17) You will maintain an hourly accounting of all your activities on a daily log, which you will submit to your officer on request.

(18) You will successfully complete ___ hours of community service at a rate of _____, at a work site approved by your officer.
Additional instructions ordered: _____

☐ (19) You will submit to electronic monitoring, follow the rules of electronic monitoring, and pay $_____ per month for the cost of the electronic monitoring service.

**AND, IF PLACED ON <u>PROBATION OR COMMUNITY CONTROL FOR A SEX OFFENSE</u> PROVIDED IN CHAPTER <u>794</u>, s. <u>800.04</u>, s. <u>827.071</u>, s. <u>847.0135(5)</u>, or s. <u>847.0145</u>, <u>COMMITTED ON OR AFTER OCTOBER 1, 1995</u> YOU WILL COMPLY WITH THE FOLLOWING STANDARD SEX OFFENDER CONDITIONS, IN ADDITION TO THE STANDARD CONDITIONS LISTED ABOVE AND ANY OTHER SPECIAL CONDITIONS ORDERED BY THE COURT:**

(15) A mandatory curfew from 10 p.m. to 6 a.m. The court may designate another 8-hour period if the offender's employment precludes the above specified time, and the alternative is recommended by the Department of Corrections. If the court determines that imposing a curfew would endanger the victim, the court may consider alternative sanctions.

Revised 07-01-13

(16) If the victim was under the age of 18, a prohibition on living within 1,000 feet of a school, child care facility, park, playground, or other place where children regularly congregate, as prescribed by the court. The 1,000-foot distance shall be measured in a straight line from the offender's place of residence to the nearest boundary line of the school, child care facility, park, playground, or other place where children congregate. The distance may not be measured by a pedestrian route or automobile route.

(17) Active participation in and successful completion of a sex offender treatment program with qualified practitioners specifically trained to treat sex offenders, at the offender's own expense. If a qualified practitioner is not available within a 50-mile radius of the offender's residence, the offender shall participate in other appropriate therapy.

(18) A prohibition on any contact with the victim, directly or indirectly, including through a third person, unless approved by the victim, a qualified practitioner in the sexual offender treatment program, and the sentencing court.

(19) If the victim was under the age of 18, a prohibition on contact with a child under the age of 18 except as provided in this paragraph. The court may approve supervised contact with a child under the age of 18 if the approval is based upon a recommendation for contact issued by a qualified practitioner who is basing the recommendation on a risk assessment. Further, the sex offender must be currently enrolled in or have successfully completed a sex offender therapy program. The court may not grant supervised contact with a child if the contact is not recommended by a qualified practitioner and may deny supervised contact with a child at any time.

(20) If the victim was under age 18, a prohibition on working for pay or as a volunteer at any place where children regularly congregate, including, but not limited to any school, child care facilities, park, playground, pet store, library, zoo, theme park, or mall.

(21) Unless otherwise indicated in the treatment plan provided by a qualified practitioner in the sexual offender treatment program, a prohibition on viewing, accessing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services that are relevant to the offender's deviant behavior pattern.

(22) A requirement that the offender submit a DNA sample to the Florida Department of Law Enforcement to be registered with the DNA data bank.

(23) A requirement that the offender make restitution to the victim, as ordered by the court under s. 775.089, for all necessary medical and related professional services relating to physical, psychiatric, and psychological care.

(24) Submission to a warrantless search by the community control or probation officer of the offender's person, residence, or vehicle.

**EFFECTIVE FOR PROBATIONER OR COMMUNITY CONTROLLEE <u>WHOSE CRIME WAS COMMITTED ON OR AFTER OCTOBER 1, 1997, AND WHO IS PLACED ON COMMUNITY CONTROL OR SEX OFFENDER PROBATION FOR A VIOLATION OF</u> CHAPTER <u>794</u>, s. <u>800.04</u>, s. <u>827.071</u>, s.<u>847.0135(5)</u>or s. <u>847.0145</u>, IN ADDITION TO ANY OTHER PROVISION OF THIS SECTION, YOU MUST COMPLY WITH THE FOLLOWING CONDITIONS OF SUPERVISION:**

(25) As part of a treatment program, participation at least annually in polygraph examinations to obtain information necessary for risk management and treatment and to reduce the sex offender's denial mechanisms. A polygraph examination must be conducted by a polygrapher who is a member of a national or state polygraph association and who is certified as a postconviction sex offender polygrapher, where available, and at the expense of the offender.

(26) Maintenance of a driving log and a prohibition against driving a motor vehicle alone without the prior approval of the supervising officer.

(27) A prohibition against obtaining or using a post office box without the prior approval of the supervising officer.

(28) If there was sexual contact, a submission to, at the offender's expense, an HIV test with the results to be released to the victim and/or the victim's parent or guardian.

(29) Electronic monitoring when deemed necessary by the probation officer and supervisor, and ordered by the court at the recommendation of the Department of Corrections. If you are placed on electronic monitoring, you must pay the department for the cost of the electronic monitoring service.

(30) **Effective for an offender whose crime was committed on or after July 1, 2005, and who are placed on supervision for violation of chapter 794, s. 800.04, s. 827.071, or s. 847.0145,** a prohibition on accessing the Internet or other computer services

Revised 07-01-13

until a qualified practitioner in the offender's sex offender treatment program, after a risk assessment is completed, approves and implements a safety plan for the offender's accessing or using the Internet or other computer services.

(31) **Effective for offenders whose crime was committed on or after September 1, 2005,** there is hereby imposed, in addition to any other provision in this section, mandatory electronic monitoring as a condition of supervision for those who:

- Are placed on supervision for a violation of chapter 794, s. 800.04(4), (5), or (6), s. 827.071, or s. 847.0145 and the unlawful sexual activity involved a victim 15 years of age or younger and the offender is 18 years of age or older; or
- Are designated as a sexual predator pursuant to s. 775.21; or
- Has previously been convicted o f a violation of chapter 794, s. 800.04(4), (5), or (6), s. 827.071, or s. 847.0145 and the unlawful sexual activity involved a victim 15 years of age or younger and the offender is 18 years of age or older.

**You are hereby placed on notice that should you violate your probation or community control, and the conditions set forth in s. 948.063(1) or (2) are satisfied,** whether your probation or community control is revoked or not revoked, you shall be placed on electronic monitoring in accordance with F.S. 948.063.

(32) **Effective for offenders who are subject to supervision for a crime that was committed on or after May 26, 2010**, and who has been convicted at any time of committing, or attempting, soliciting, or conspiring to commit, any of the criminal offenses listed in s. 943.0435(1)(a)1.a.(I), or a similar offense in another jurisdiction, against a victim who was under the age of 18 at the time of the offense; the following conditions are imposed in addition to all other conditions:

(a) A prohibition on visiting schools, child care facilities, parks, and playgrounds, without prior approval from the offender's supervising officer. The court may also designate additional locations to protect a victim. The prohibition ordered under this paragraph does not prohibit the offender from visiting a school, child care facility, park, or playground for the sole purpose of attending a religious service as defined in s. 775.0861 or picking up or dropping off the offender's children or grandchildren at a child care facility or school.

(b) A prohibition on distributing candy or other items to children on Halloween; wearing a Santa Claus costume, or other costume to appeal to children, on or preceding Christmas; wearing an Easter Bunny costume, or other costume to appeal to children, on or preceding Easter; entertaining at children's parties; or wearing a clown costume; without prior approval from the court.

**YOU ARE HEREBY PLACED ON NOTICE** that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence that it might have imposed before placing you on probation or require you to serve the balance of the sentence.

**IT IS FURTHER ORDERED** that when you have been instructed as to the conditions of probation, you shall be released from custody if you are in custody, and if you are at liberty on bond, the sureties thereon shall stand discharged from liability. (This paragraph applies only if section 1 or section 2 is checked.)

## COURT COSTS ARE PAID DIRECTLY TO THE WAKULLA COUNTY CLERK OF COURT UNDER THE PARTIAL PAYMENT PLAN.

**IT IS FURTHER ORDERED** that the clerk of this court file this order in the clerk's office and provide certified copies of same to the officer for use in compliance with the requirements of law.

**DONE AND ORDERED,** on _Feb. 10, 2014_

**NUNC PRO TUNC** 12/11/2013

_____
CHARLES W. DODSON, Circuit Judge

I acknowledge receipt of a copy of this order and that the conditions have been explained to me and I agree to abide by them.

Date: _____

Instructed by: _____
          Supervising Officer

_____
Defendant

Revised 07-01-13