# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                       **CASE NO. 4:24-cr-22-RH**

**DONOVAN ARTHUR SAULEDA**

_____/

## GOVERNMENT'S TRIAL EXHIBIT LIST

COMES NOW, the United States of America, by and through the United

States Attorney for the Northern District of Florida and the undersigned Assistant

United States Attorney, and provides notice of the following exhibits that may be

introduced in the Government's case in chief:

1A. Twitter Photo of Sauleda

1B. Twitter Photo of Sauleda with Stuffed Animal

1C. Twitter Certificate and Account Information

1D. Twitter Photo of Sauleda with Driver's License

1E. Twitter Conversation 1

1F. Twitter Conversation 2

2. Twitter Video

3A-3S. Search Warrant Photos

4A-4H. Child Pornography Exhibits

5A-5C. Signal Exhibits

6A-6I. Telegram Exhibits

7. Google Authentication Certificate

8A-8D. Doll Videos

9A. Sauleda Photo

9B. Sauleda Photo in Telegram

10. Orlando Chat Exhibit

11. Facebook Messages

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*/s/ Meredith L. Steer*
MEREDITH L. STEER
Assistant United States Attorney
Northern District of Florida
South Carolina Bar No. 105392
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430
Meredith.Steer@usdoj.gov