# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO.  4:24cr22-RH

DONOVAN ARTHUR SAULEDA,

      Defendant.

_____/

## VERDICT

We the jury unanimously return the following verdict:

1.  On count one, knowingly receiving child pornography, we find the defendant Donovan Arthur Sauleda:

      GUILTY  ✗          NOT GUILTY _____

2.  On count two, knowingly possessing or accessing child pornography, we find the defendant Donovan Arthur Sauleda:

      GUILTY  ✗          NOT GUILTY _____

FILED IN OPEN COURT ON

6/17/25  CM

United States District Court
Northern District of Florida

Case No.  4:24cr22-RH

*Answer questions 2(a) and 2(b) only if your answer to question 2 is guilty.*

2a. Did any image that was a basis of the guilty verdict show a prepubescent minor engaged in sexually explicit conduct?

YES ✗                    NO ____

2b. Did any image that was a basis of the guilty verdict show a child under age 12 engaged in sexually explicit conduct?

YES ✗                    NO ____

*Answer question 3 regardless of your answer to prior questions.*

3. On count three, knowingly producing, distributing, or possessing with intent to distribute an obscene visual depiction of a minor engaging in sexually explicit conduct, we find the defendant Donovan Arthur Sauleda:

GUILTY ✗              NOT GUILTY ____

SO SAY WE ALL on June ____, 2025, in Tallahassee, Florida.

_____ / 6/17/25

Foreperson